IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| J. C. Penney Company, Inc., *et al.*, | § | BANKRUPTCY |
| | § | CASE NO:   20-20182 |
| Debtors | § | |

# NOTICE OF APPEAL

**COMES NOW**, the *Ad Hoc* Committee of Equity Interest Holders (the "Committee"), and appeals under 28 U.S.C. § 158(a) from the *Order (I) Authorizing (A) Entry Into and Performance Under the Asset Purchase Agreement, (B) The Sale of the Opco Acquired Assets and the Propco Acquired Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Granting Related Relief* **(Docket #1814)** entered 11/9/2020, and the Order Denying the Ad Hoc Equity Committee's emergency motion to vacate final order (i) authorizing the debtors to (a) obtain postpetition financing and (b) utilize cash collateral, (ii) granting adequate protection to the prepetition secured parties, (iii) modifying the automatic stay, and (iv) granting related relief (**Docket #1825**) entered 11/12/2020. The parties to the Orders appealed from and the names of their respective attorneys are as follows:

| THE COMMITTEE | J.C. PENNEY COMPANY, INC. |
|---|---|
| Johnie Patterson | Joshua W. Wolfshohl |
| SBN 15601700 | SBN 24038592 |
| jjp@walkerandpatterson.com | jwolfshohl@porterhedges.com |
| **WALKER & PATTERSON, P.C.** | PORTER HEDGES LLP |
| P.O. Box 61301 | 36th Floor |
| Houston, TX 77208 | 1000 Main St. |
| 713.956.5577 | Houston, TX   77002 |
| 713.956.5570 fax | 713.226.6000 |
| | 713.228.1331 fax |

**J. C. PENNEY COMPANY, INC.**
Matthew D Cavenaugh
Jackson Walker LLP
1401 McKinney Street
Ste 1900
Houston, TX 77010
713-752-4200
Email: mcavenaugh@jw.com

Kirkland & Ellis, LLP
Joshua Sussberg, PC
601 Lexington Avenue
New York, NY
212-446-4800
Fax 212-446-4800
Joshua.sussberg@kirkland.com

                                      Respectfully submitted,

                                      By:   */s/ Johnie Patterson*
                                                 Johnie Patterson
                                                 attorney-in-charge
                                                 State ID# 15601700
                                                 PROPOSED SPECIAL
                                                 COUNSEL FOR THE
                                                 COMMITTEE

OF COUNSEL:

WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX   77208
713.956.5577
713.956.5570 (fax)

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing *Notice Of Appeal* was sent by electronic transmission on all parties receiving CM/ECF notice from the Court on the 13th day of November, 2020.

                                                 */s/ Johnie Patterson*
                                                  Johnie Patterson