## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **J. C. PENNEY COMPANY, INC.** *et al.*,[1] § § | **Case No. 20-20182** | |
| **Debtors.** § § | **Chapter 11** | |
| ------------------------------------------------ § | ----------------------------------------------------- | |
| § § | | |
| **AD HOC COMMITTEE OF** § | | |
| **EQUITY INTEREST HOLDERS,** § § | | |
| Appellant, § § | | |
| v. § § | **Civil Action No. 2:20cv280** | |
| **J.C. PENNEY COMPANY, INC.** *et al.*, § § | | |
| Appellees. § | | |

**ORDER SETTING EMERGENCY HEARING ON AD HOC EQUITY
COMMITTEE'S EMERGENCY MOTION FOR STAY PENDING APPEAL**
**[RELATES TO DOCKET #_____]**

It is

    **ORDERED** that a hearing will be held on the *Motion For Stay Pending Appeal* as follows:

    DATE: _____

    TIME: _____

    LOCATION:_____.

Dated: _____

                                              _____
                                              UNITED STATES DISTRICT JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at **http://cases.primeclerk.com/JCPenney**.  The location of the Debtor J.C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.