IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **J. C. PENNEY COMPANY, INC. *et al.*,**[1] § <br> § <br> § <br> **Debtors.** § <br> ------------------------------------------------- § <br> § <br> **AD HOC COMMITTEE OF** § <br> **EQUITY INTEREST HOLDERS,** § <br> § <br> **Appellant,** § <br> § <br> v. § <br> § <br> **J.C. PENNEY COMPANY, INC. *et al.*,** § <br> § <br> **Appellees.** § | | **Case No. 20-20182** <br><br> **Chapter 11** <br> -------------------------------------------------- <br><br><br><br><br><br><br> **Civil Action No. 2:20cv280** |

**ORDER GRANTING AD HOC EQUITY COMMITTEE'S**
**EMERGENCY MOTION FOR STAY PENDING APPEAL**
**[RELATES TO DOCKET #_____]**

It is

**ORDERED** that the Ad Hoc Equity Committee's Motion For Stay Pending Appeal is granted, and it is further

**ORDERED** that the Order *(I) Authorizing (A) Entry Into and Performance Under the Asset Purchase Agreement, (B) The Sale of the Opco Acquired Assets and the Propco Acquired Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (C) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Granting Related Relief* entered by the Bankruptcy Court at Docket #1814 on November 9, 2020 and the *Order Denying the Ad Hoc Equity Committee's Emergency Motion to Vacate Final Order (i) Authorizing the Debtors to (a) Obtain Postpetition Financing and (b) Utilize Cash Collateral, (ii) Granting Adequate*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at **http://cases.primeclerk.com/JCPenney**. The location of the Debtor J.C. Penney Company, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

*Protection to the Prepetition Secured Parties, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief* entered by the Bankruptcy Court at Docket #1825 on November 12, 2020 are stayed until further order of this Court.

Dated: _____

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE